SIDES v. SIDES

No. 192 PC.

Case below: 44 N.C. App. 379.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 March 1980.

STATE v. GRAY

No. 5 PC.

Case below: 44 N.C. App. 318.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1980.

STATE v. McKOY

No. 32 PC.

Case below: 44 N.C. App. 516.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 March 1980.

STATE v. TRUZY

No. 160 PC.

Case below: 44 N.C. App. 53.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1980.

WOODARD v. INSURANCE CO.

No. 13 PC.

Case below: 44 N.C. App. 282.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1980.